# IN THE CIRCUIT COURT OF THE STATE OF OREGON
# FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| E. DONALD SURBER and KAY SURBER, husband and wife.<br><br>Plaintiffs,<br><br>vs.<br><br>J.C. PENNEY CORPORATION, INC., a Deleware corporation doing business in the State of Oregon,<br><br>Defendants. | Case No.<br><br>COMPLAINT<br>(Personal Injury, Premises Liability, negligence)<br><br>ORS 21.160<br>Filing Fee $884.00<br>Prayer for $1,442,838.25<br><br>Claim NOT Subject to Mandatory Arbitration<br><br>Jury Trial Requested |

COMES NOW Plaintiffs E. DONALD SURBER and KAY SURBER by and through their attorney of record and allege as follows:

1.

At all times relevant hereto Plaintiffs were a married couple and residents of Whatcom County, Washington.

2.

At all times relevant hereto Defendant was a Texas corporation doing business in Multnomah County, and throught Oregon operating a retail clothing store known as J.C. Penny's.

3.

On or about March 31, 2018, Defendant was having a sstore-wide sale at its store at Washington Square in Tigard, Oregon. Plaintiff Don Surber was a customer and business invitee at Defendant's store and was shopping for clothes in the big and tall section of J.C. Penney's. There were no clerks or other employees in that section of the store to assist and so

COMPLAINT – PAGE 1 OF 5

MARK E. OLMSTED, PC
1000 S.W. Broadway, Suite 910
Portland, Oregon 97205
Telephone: (503) 445-4453
Fax: (503) 296-2227

1  Plaintiff Don Surber followed a sign to the only available dressing room.  The dressing room

2  seat was piled with clothes other customers apparently tried on and left.  The floor was littered

3  with multiple thin sheets of paper, which apparently had been folded into the clothes other

4  customers tried on.  Plaintiff Don Surber was not aware that the sheets of paper were slippery

5  and while attempting to try on a pair of pants slipped on the paper which and fell to the

6  ground on tailbone and back which then propelled him into the wall and causing personal

7  injuries and damages as alleged more fully below.

8

9                                                                4.

10     The condition of the dressing room was unsafe for use by customers.  The unsafe

11  condition of the dressing room constituted an unreasonably dangerous condition that could

12  not be encountered with a reasonable degree of safety by persons in Plaintiff Don Surber's

13  position and which was a substantial factor in causing his fall and injuries.

14

15                                                                5.

16     At all times material herein Defendant, through its employees knew or in the exercise

17  of reasonable care should have known that the condition of the dressing room rendered it

18  unsafe for use by Customer's in Plaintiff's position.

19

20                                                                6.

21     The manner in which Plaintiff used the dressing room was careful and reasonably

22  foreseeable.

23                                                                7.

24     Plaintiff Don Surber's fall and Plaintiffs' injuries and damages were caused by

25  Defendant's negligence and breach of duty to maintain a safe premises for the benefit of its

26  invitees/customers, in one or more of the following particulars each of which created a

27

COMPLAINT – PAGE 2 OF 5

**MARK E. OLMSTED, PC**
1000 S.W. Broadway, Suite 910
Portland, Oregon 97205
Telephone: (503) 445-4453
Fax: (503) 296-2227

foreseeable and unreasonable risk of injury to Plaintiff and which was a substantial factor in causing his fall:

    (a) Failing to have the store sufficiently staffed with employees to assist customers including Plaintiff Don Surber into the dressing room and ensure it was in a safe condition;

    (b) Failing to provide and maintain a reasonably safe premises for business invitees by allowing trip/slip and fall hazards to exist in the dressing room;

    (c) Failing to keep the dressing room locked until access could be provided by an employee;

    (d) Failing to warn Plaintiff Don Surber that there was paper concealed under clothing items on the floor of the changing room and that the clothes/paper were slippery and a trip/slip and fall hazard;

    (e) Failing to inspect the dressing room for safety hazards;

    (f) Failing to implement or enforce safety protocols whereby dressing rooms are inspected for safety prior to allowing customers access;

    (g) Failing to eliminate the unsafe condition of the dressing room once employees become aware or should have become aware of the unsafe condition;

8.

As a foreseeable, direct and proximate result of his fall, Plaintiff Don Surber sustained injuries, including but not limited to a closed compression fracture of third lumbar vertebra, as well as injuries to his hip, back and shoulder. Plaintiff Don Surber's injuries are permanent and cause him pain, suffering, disability, interference with work obligations and normal

COMPLAINT – PAGE 3 OF 5

MARK E. OLMSTED, PC
1000 S.W. Broadway, Suite 910
Portland, Oregon 97205
Telephone: (503) 445-4453
Fax: (503) 296-2227

activities of daily living, along with empotinal pain and suffering all to his non-economic damage of $1,000,000.

9.

As a further foreseeable, direct and proximate result of Defendants' negligence and breach of duty to maintain a safe premises, Plaintiffs incurred past medical expenses in the approximate sum of $144,476.34 to date.  Plaintiff Don Surber is still receiving treatment and will incur additional medical expenses in an amount to be plead in an Amended Complaint and proven at trial.

10.

As a further foreseeable, direct and proximate result of Defendants' negligence and breach of duty to maintain a safe premises, Plaintiffs have incurred out of pocket expenses in an approximate amount of $419.91, to date.  Plaintiffs will incur future out of pocket costs in an amount to be plead in an Amended Complaint and proven at trial.

11.

As a further foreseeable, direct and proximate result of Defendants' negligence and breach of duty to maintain a safe premises, Plaintiff Don Surber will be forced to retire and will suffer impaired earning capacity in the amount of $197,942.00.

12.

As a further foreseeable, direct and proximate result of Defendants' negligence and breach of duty to maintain a safe premises, Plaintiff Kay Surber has sustained and will continue to sustain emotional pain, loss of consortium and services of her husband, all to her non-economic damage in the amount a jury deems fair, but not to exceed $100,000.00.

/ / /

COMPLAINT – PAGE 4 OF 5

MARK E. OLMSTED, PC
1000 S.W. Broadway, Suite 910
Portland, Oregon 97205
Telephone: (503) 445-4453
Fax: (503) 296-2227

EXHIBIT A, Page 4 of 5

WHEREFORE, Plaintiffs prays for judgment against defendants as follows:

1. Past Medical Expenses in the approximate sum of $144,476.34, subject to amendment at the time of trial;

2. Future medical and related expenses in an amount to be proven at trial;

3. Impaired earning capacity in the amount of $197,942.00;

4. Non-economic damages for Plaintiff Don Surber in a reasonable sum not to exceed $1,000,000.00;

5. Non-economic for Plaintiff Kay Surber in a reasonable sum not to exceed $100,000.00;

6. Plaintiffs' costs and disbursements incurred herein.

DATED this __27__ day of _____March_____, 2020.

    _/S/ Mark E. Olmsted_____
Mark E. Olmsted, OSB No. 924156
E-mail: mark@olmstedlaw.com
Attorney for Plaintiffs
Trial Attorney: Mark E. Olmsted

COMPLAINT – PAGE 5 OF 5

**MARK E. OLMSTED, PC**
1000 S.W. Broadway, Suite 910
Portland, Oregon 97205
Telephone: (503) 445-4453
Fax: (503) 296-2227